# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SPRANGER, KARI AN § Case No. 14-37217 JSB
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/14/2014 . The undersigned trustee was appointed on 10/14/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $     24,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12.75 |
| Bank service fees | 186.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 24,300.29 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/13/2016 and the deadline for filing governmental claims was 01/13/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,200.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,200.00 , for a total compensation of $ 3,200.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.42 , for total expenses of $ 6.42 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2017                        By: /s/GINA B. KROL
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-37217   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SPRANGER, KARI AN | Date Filed (f) or Converted (c): | 10/14/14 (f) |
| | | 341(a) Meeting Date: | 11/13/14 |
| For Period Ending: | 09/28/17 | Claims Bar Date: | 01/13/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD GOODS    Misc used household goods | 900.00 | 0.00 | | 0.00 | FA |
| 2. WEARING APPAREL    used clothing | 300.00 | 0.00 | | 0.00 | FA |
| 3. INSURANCE POLICIES    Term life insurance through employer - no current cash value | 0.00 | 0.00 | | 0.00 | FA |
| 4. 401(K)    401K | 4,000.00 | 0.00 | | 0.00 | FA |
| 5. CHILD SUPPORT    Back Child Support | Unknown | 0.00 | | 0.00 | FA |
| 6. 2010 Dodge Avenger    2010 Dodge Avenger 65K miles | 0.00 | 0.00 | | 0.00 | FA |
| 7. Interest in ex-husband's worker's comp case (u) | 0.00 | 0.00 | | 24,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $5,200.00 | $0.00 | | $24,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Continuing to collect payments with respect to ex-husband's worker's comp case June 23, 2017, 09:12 am

Received 14,000.00; awaiting balance of funds March 16, 2017, 10:50 am

Debtor has a claim against ex-husband's worker's comp case pursuant to a divorce decree; pending October 12, 2016, 02:46

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-37217    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | SPRANGER, KARI AN | Date Filed (f) or Converted (c): | 10/14/14 (f) |
| | | 341(a) Meeting Date: | 11/13/14 |
| | | Claims Bar Date: | 01/13/16 |

pm

Debtor has an undisclosed interest in ex husband's worker's comp case. Case is coming to trial in 2016.
October 08, 2015, 01:19 pm

Initial Projected Date of Final Report (TFR): 12/31/16         Current Projected Date of Final Report (TFR): 12/31/17


          /s/    GINA B. KROL
_____   Date: 09/28/17
          GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-37217 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | SPRANGER, KARI AN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7954 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4357 | | | |
| For Period Ending: | 09/28/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/16 | 7 | KARI A SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 10,000.00 | | 10,000.00 |
| 01/06/17 | 7 | KARI SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 4,000.00 | | 14,000.00 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.99 | 13,988.01 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD. | BOND #016073584 | 2300-000 | | 12.75 | 13,975.26 |
| | | Suite 420 | | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.84 | 13,955.42 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.74 | 13,936.68 |
| 03/22/17 | 7 | KARI SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 4,000.00 | | 17,936.68 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.64 | 17,914.04 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.77 | 17,888.27 |
| 05/22/17 | 7 | KARI SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 2,500.00 | | 20,388.27 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.79 | 20,360.48 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.29 | 20,331.19 |
| 07/25/17 | 7 | Kari An Spranger | Repayment of Workers Comp Settle | 1249-000 | 2,000.00 | | 22,331.19 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 22,300.29 |
| 08/24/17 | 7 | Kari An Spranger | Repayment of Worker's Comp Settle | 1249-000 | 2,000.00 | | 24,300.29 |

Page Subtotals  24,500.00  199.71

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 14-37217 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SPRANGER, KARI AN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******7954 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4357 |  |  |
| For Period Ending: | 09/28/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS |  | 24,500.00 | 199.71 | 24,300.29 |
|  |  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 24,500.00 | 199.71 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | Net |  | 24,500.00 | 199.71 |  |
|  |  |  |  |  |  | NET | ACCOUNT |
|  |  |  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  |  |  | Checking Account (Non-Interest Earn - *******7954 |  | 24,500.00 | 199.71 | 24,300.29 |
|  |  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  |  | 24,500.00 | 199.71 | 24,300.29 |
|  |  |  |  |  | ============= | ============= | ============= |
|  |  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 28, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 14-37217 | | Priority Sequence | | | | |
| Debtor Name: SPRANGER, KARI AN | | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3120-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2.75 | $2.75 |
| 001<br>2200-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: | Administrative | | $0.00 | $6.42 | $6.42 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 606004 | Administrative | 16-00641 | $350.00 | $350.00 | $350.00 |
| ADMIN 1<br>001<br>2100-00 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602<br>Tax Id: | Administrative | | $0.00 | $3,200.00 | $3,200.00 |
| ADMIN 2<br>001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,960.50 | $4,960.50 |
| 000002<br>050<br>4120-00 | Susan Michaels<br>c/o Christoph J. Agrella, Esq.<br>330 East Main Street<br>Suite 205<br>Barrington, IL 60010-3203 | Secured | | $0.00 | $4,038.87 | $4,038.87 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $156.94 | $156.94 |
| 000003<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $270.91 | $270.91 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $690.83 | $690.83 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 28, 2017

Case Number: 14-37217
Debtor Name: SPRANGER, KARI AN

Priority Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | GREATER SUBURBAN ACCEPTANCE CORP. 1645 OGDEN AVE DOWNERS GROVE, IL 60515 | Unsecured | | $0.00 | $4,536.16 | $4,536.16 |
| 000006 070 7100-00 | Mullen Winthers & Kollias, P.C. c/o Daniel J. Kollias 400 S. Knoll St., Ste. B Wheaton, IL 60187 | Unsecured | | $0.00 | $6,844.75 | $6,844.75 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $0.00 | $12.75 | $12.75 |
| | Case Totals: | | | $350.00 | $25,070.88 | $25,070.88 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-37217 JSB
Case Name: SPRANGER, KARI AN
Trustee Name: GINA B. KROL

| | Balance on hand | $ | 24,300.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Susan Michaels c/o Christoph J. Agrella, Esq. 330 East Main Street Suite 205 Barrington, IL 60010-3203 | $ 4,038.87 | $ 4,038.87 | $ 0.00 | $ 4,038.87 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 4,038.87 |
| Remaining Balance | $ | 20,261.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,200.00 | $ 0.00 | $ 3,200.00 |
| Trustee Expenses: GINA B. KROL | $ 6.42 | $ 0.00 | $ 6.42 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,960.50 | $ 0.00 | $ 4,960.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 2.75 | $ 0.00 | $ 2.75 |
| Charges: Clerk of US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 12.75 | $ 12.75 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

    Total to be paid for chapter 7 administrative expenses      $      8,519.67

    Remaining Balance      $      11,741.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,499.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 93.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 156.94 | $ 0.00 | $ 147.42 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 270.91 | $ 0.00 | $ 254.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $ 690.83 | $ 0.00 | $ 648.95 |
| 000005 | GREATER SUBURBAN ACCEPTANCE CORP.<br>1645 OGDEN AVE<br>DOWNERS GROVE, IL 60515 | $ 4,536.16 | $ 0.00 | $ 4,261.14 |
| 000006 | Mullen Winthers & Kollias, P.C.<br>c/o Daniel J. Kollias<br>400 S. Knoll St., Ste. B<br>Wheaton, IL 60187 | $ 6,844.75 | $ 0.00 | $ 6,429.76 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,741.75 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE