IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **KARI AN SPRANGER,** | ) | No. 14 B 37217 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on October 2, 2017, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                      BY:/s/ Gina B. Krol
                                                                    Ch 7 Bankruptcy Trustee

```
Label Matrix for local noticing          Recovery Management Systems Corporation    U.S. Bankruptcy Court
0752-1                                    25 SE Second Avenue Suite 1120             Eastern Division
Case 14-37217                             Miami, FL 33131-1605                       219 S Dearborn
Northern District of Illinois                                                        7th Floor
Chicago                                                                              Chicago, IL 60604-1702
Mon Oct  2 09:43:53 CDT 2017

American InfoSource LP as agent for       Atg Credit                                 Cap One
T Mobile/T-Mobile USA Inc                 1700 W Cortland St Ste 2                   26525 N Riverwoods Blvd
PO Box 248848                             Chicago, IL 60622-1131                     Mettawa, IL 60045-3440
Oklahoma City, OK  73124-8848


Capital 1 Bank                            Capital One Bank (USA), N.A.               Christopher Agrella
Attn: General Correspondence              PO Box 71083                               330 East Main St
Po Box  30285                             Charlotte, NC  28272-1083                  Suite 205
Salt Lake City, UT 84130-0285                                                        Barrington, IL 60010-3203


Credit Management Lp                      Credit One Bank                            Daniel Kollias Law Offices
4200 International Pkwy                   Po Box 98873                               1 County Farm Road
Carrollton, TX 75007-1912                 Las Vegas, NV 89193-8873                   Suite 230
                                                                                     Winfield, IL 60190


Enhanced Recovery Corp                    GREATER SUBURBAN ACCEPTANCE CORP.          Greater Suburban Acceptance Corp
Attention: Client Services                1645 OGDEN AVE                             Po Box 369
8014 Bayberry Rd                          DOWNERS GROVE, IL 60515-2736               Downers Grove, IL 60515-0369
Jacksonville, FL 32256-7412


Illinois Department of Revenue            Internal Revenue Service                   Merchants Cr
P.O. Box 64338                            P.O. Box 7346                              223 W. Jackson Blvd.
Chicago, IL 60664-0338                    Philadelphia, PA 19101-7346                Suite 400
                                                                                     Chicago, IL 60606-6974


Midland Funding                           Mullen Winthers & Kollias, P.C.            Orion
8875 Aero Dr Ste 200                      c/o Daniel J. Kollias                      c/o Recovery Management Systems Corp.
San Diego, CA 92123-2255                  400 S. Knoll St., Ste. B                   25 S.E. 2nd Avenue, Suite 1120
                                          Wheaton, IL 60187-4557                     Miami, FL 33131-1605


PYOD, LLC its successors and assigns as assi    Peoples Credit, Inc                  Susan Michaels
of FNBM, LLC                              115 E South St                             c/o Christoph J. Agrella, Esq.
Resurgent Capital Services                Plano, IL 60545-1417                       330 East Main Street
PO Box 19008                                                                         Suite 205
Greenville, SC 29602-9008                                                            Barrington, IL 60010-3203


Gina B Krol                               John P Carlin                              Kari An Spranger
Cohen & Krol                              Suburban Legal Group PC                    258 Pebblecreek Trail
105 West Madison St Ste 1100              1305 Remmington Road; Suite C              Carol Stream, IL 60188-1629
Chicago, IL 60602-4600                    Schaumburg, IL 60173-4820


Patrick S Layng                           End of Label Matrix
Office of the U.S. Trustee, Region 11     Mailable recipients    27
219 S Dearborn St                         Bypassed recipients     0
Room 873                                  Total                  27
Chicago, IL 60604-2027
```

UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
SPRANGER, KARI AN § Case No. 14-37217 JSB
§
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/20/2017 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/02/2017                    By: Gina B. Krol
                                                Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SPRANGER, KARI AN § Case No. 14-37217 JSB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,500.00 |
| and approved disbursements of | $ | 199.71 |
| leaving a balance on hand of[1] | $ | 24,300.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Susan Michaels c/o Christoph J. Agrella, Esq. 330 East Main Street Suite 205 Barrington, IL 60010-3203 | $ 4,038.87 | $ 4,038.87 | $ 0.00 | $ 4,038.87 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 4,038.87 |
| Remaining Balance | $ 20,261.42 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,200.00 | $ 0.00 | $ 3,200.00 |
| Trustee Expenses: GINA B. KROL | $ 6.42 | $ 0.00 | $ 6.42 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,960.50 | $ 0.00 | $ 4,960.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 2.75 | $ 0.00 | $ 2.75 |
| Charges: Clerk of US Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 12.75 | $ 12.75 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    8,519.67

Remaining Balance    $    11,741.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,499.59 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 93.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

Case 14-37217    Doc 39    Filed 10/02/17    Entered 10/02/17 09:50:16    Desc Main

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 156.94 | $ 0.00 | $ 147.42 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 270.91 | $ 0.00 | $ 254.48 |
| 000004 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $ 690.83 | $ 0.00 | $ 648.95 |
| 000005 | GREATER SUBURBAN ACCEPTANCE CORP.<br>1645 OGDEN AVE<br>DOWNERS GROVE, IL 60515 | $ 4,536.16 | $ 0.00 | $ 4,261.14 |
| 000006 | Mullen Winthers & Kollias, P.C.<br>c/o Daniel J. Kollias<br>400 S. Knoll St., Ste. B<br>Wheaton, IL 60187 | $ 6,844.75 | $ 0.00 | $ 6,429.76 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 11,741.75 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                          Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.