UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SPRANGER, KARI AN § Case No. 14-37217 JSB
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 7,600.00 |
| Total Distributions to Claimants: 15,780.62 | Claims Discharged Without Payment: 43,610.84 |
| Total Expenses of Administration: 8,719.38 | |

3) Total gross receipts of $ 24,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 24,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,674.00 | $ 4,038.87 | $ 4,038.87 | $ 4,038.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,719.38 | 8,719.38 | 8,719.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,853.00 | 12,499.59 | 12,499.59 | 11,741.75 |
| **TOTAL DISBURSEMENTS** | $ 50,527.00 | $ 25,257.84 | $ 25,257.84 | $ 24,500.00 |

4)  This case was originally filed under chapter 7 on  10/14/2014 .  The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/20/2017            By:/s/GINA B. KROL
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in ex-husband's worker's comp case | 1249-000 | 24,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Peoples Credit, Inc 115 E South St Plano, IL 60545 |  | 7,674.00 | NA | NA | 0.00 |
| 000002 | SUSAN MICHAELS | 4120-000 | NA | 4,038.87 | 4,038.87 | 4,038.87 |
| **TOTAL SECURED CLAIMS** | | | **$ 7,674.00** | **$ 4,038.87** | **$ 4,038.87** | **$ 4,038.87** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,200.00 | 3,200.00 | 3,200.00 |
| GINA B. KROL | 2200-000 | NA | 6.42 | 6.42 | 6.42 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 12.75 | 12.75 | 12.75 |
| ASSOCIATED BANK | 2600-000 | NA | 186.96 | 186.96 | 186.96 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| COHEN & KROL | 3110-000 | NA | 3,307.00 | 3,307.00 | 3,307.00 |
| GINA B. KROL | 3110-000 | NA | 1,653.50 | 1,653.50 | 1,653.50 |
| COHEN & KROL | 3120-000 | NA | 2.75 | 2.75 | 2.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,719.38 | $ 8,719.38 | $ 8,719.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue P.O. Box 64338 Chicago, IL 60664 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 76.00 | NA | NA | 0.00 |
| | Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 9,927.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 229.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: General Correspondence Po Box 30285 Salt Lake City, UT 84130 | | 195.00 | NA | NA | 0.00 |
| | Christopher Agrella 330 East Main St Suite 205 Barrington, IL 60010 | | 17,000.00 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | 1,834.00 | NA | NA | 0.00 |
| | Credit One Bank Po Box 98873 Las Vegas, NV 89193 | | 127.00 | NA | NA | 0.00 |
| | Daniel Kollias Law Offices 1 County Farm Road Suite 230 Winfield, IL 60190 | | 6,643.00 | NA | NA | 0.00 |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | 1,077.00 | NA | NA | 0.00 |
| | Greater Suburban Acceptance Corp Po Box 369 Downers Grove, IL 60515 | | 4,536.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 146.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 129.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 122.00 | NA | NA | 0.00 |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | 89.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 723.00 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 690.83 | 690.83 | 648.95 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 156.94 | 156.94 | 147.42 |
| 000005 | GREATER SUBURBAN ACCEPTANCE CORP. | 7100-900 | NA | 4,536.16 | 4,536.16 | 4,261.14 |
| 000006 | MULLEN WINTHERS & KOLLIAS, P.C. | 7100-900 | NA | 6,844.75 | 6,844.75 | 6,429.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 270.91 | 270.91 | 254.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 42,853.00 | $ 12,499.59 | $ 12,499.59 | $ 11,741.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 14-37217  JSB  Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: SPRANGER, KARI AN | Date Filed (f) or Converted (c): 10/14/14 (f) |
| | 341(a) Meeting Date: 11/13/14 |
| For Period Ending: 12/20/17 | Claims Bar Date: 01/13/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOUSEHOLD GOODS | 900.00 | 0.00 | | 0.00 | FA |
| Misc used household goods | | | | | |
| 2. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| used clothing | | | | | |
| 3. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term life insurance through employer - no current cash value | | | | | |
| 4. 401(K) | 4,000.00 | 0.00 | | 0.00 | FA |
| 401K | | | | | |
| 5. CHILD SUPPORT | Unknown | 0.00 | | 0.00 | FA |
| Back Child Support | | | | | |
| 6. 2010 Dodge Avenger | 0.00 | 0.00 | | 0.00 | FA |
| 2010 Dodge Avenger 65K miles | | | | | |
| 7. Interest in ex-husband's worker's comp case (u) | 0.00 | 0.00 | | 24,500.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $5,200.00 | $0.00 | | $24,500.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST for review

August 28, 2017, 01:01 pm

Continuing to collect payments with respect to ex-husband's worker's comp case June 23, 2017, 09:12 am

LFORM1                                                                                                                                    Ver: 20.00f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-37217   JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | SPRANGER, KARI AN | Date Filed (f) or Converted (c): | 10/14/14 (f) |
| | | 341(a) Meeting Date: | 11/13/14 |
| | | Claims Bar Date: | 01/13/16 |

Received 14,000.00; awaiting balance of funds March 16, 2017, 10:50 am

Debtor has a claim against ex-husband's worker's comp case pursuant to a divorce decree; pending October 12, 2016, 02:46 pm

Debtor has an undisclosed interest in ex husband's worker's comp case. Case is coming to trial in 2016. October 08, 2015, 01:19 pm

Initial Projected Date of Final Report (TFR): 12/31/16      Current Projected Date of Final Report (TFR): 12/31/17

/s/   GINA B. KROL
_____ Date: 12/20/17
GINA B. KROL

LFORM1                                                                                               Ver: 20.00f
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-37217 -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | SPRANGER, KARI AN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7954 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4357 | | | |
| For Period Ending: | 12/20/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/28/16 | 7 | KARI A SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 10,000.00 | | 10,000.00 |
| 01/06/17 | 7 | KARI SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 4,000.00 | | 14,000.00 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.99 | 13,988.01 |
| 02/03/17 | 030001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND #016073584 | 2300-000 | | 12.75 | 13,975.26 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.84 | 13,955.42 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.74 | 13,936.68 |
| 03/22/17 | 7 | KARI SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 4,000.00 | | 17,936.68 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.64 | 17,914.04 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.77 | 17,888.27 |
| 05/22/17 | 7 | KARI SPRANGER | Repayment of Workers Comp Settle | 1249-000 | 2,500.00 | | 20,388.27 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.79 | 20,360.48 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.29 | 20,331.19 |
| 07/25/17 | 7 | Kari An Spranger | Repayment of Workers Comp Settle | 1249-000 | 2,000.00 | | 22,331.19 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.90 | 22,300.29 |
| 08/24/17 | 7 | Kari An Spranger | Repayment of Worker's Comp Settle | 1249-000 | 2,000.00 | | 24,300.29 |
| 10/23/17 | 030002 | GINA B. KROL 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | 2100-000 | | 3,200.00 | 21,100.29 |
| 10/23/17 | 030003 | GINA B. KROL 105 W. Madison Street Suite 1100 Chicago, IL 60602 | Final Distribution | 2200-000 | | 6.42 | 21,093.87 |
| * 10/23/17 | 030004 | Clerk of US Bankruptcy Court 219 S. Dearborn St. | Final Distribution Filing Fee | 2700-003 | | 350.00 | 20,743.87 |

Page Subtotals   24,500.00   3,756.13

Ver: 20.00f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-37217 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SPRANGER, KARI AN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7954  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4357 | | |
| For Period Ending: | 12/20/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/17 | 030005 | 7th Floor<br>Chicago, IL 606004<br>GINA B. KROL | Final Distribution | 3110-000 | | 1,653.50 | 19,090.37 |
| 10/23/17 | 030006 | 105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602<br>Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3110-000 | | 3,307.00 | 15,783.37 |
| 10/23/17 | 030007 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Final Distribution | 3120-000 | | 2.75 | 15,780.62 |
| 10/23/17 | 030008 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 147.42 | 15,633.20 |
| 10/23/17 | 030009 | PYOD, LLC its successors and assigns as assignee<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 254.48 | 15,378.72 |
| 10/23/17 | 030010 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final Distribution | 7100-900 | | 648.95 | 14,729.77 |
| 10/23/17 | 030011 | GREATER SUBURBAN ACCEPTANCE CORP. | Final Distribution | 7100-900 | | 4,261.14 | 10,468.63 |

Page Subtotals          0.00          10,275.24

Ver: 20.00f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-37217 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | SPRANGER, KARI AN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | ********7954 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | ********4357 | | |
| For Period Ending: | 12/20/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/17 | 030012 | 1645 OGDEN AVE<br>DOWNERS GROVE, IL 60515<br>Mullen Winthers & Kollias, P.C.<br>c/o Daniel J. Kollias<br>400 S. Knoll St., Ste. B<br>Wheaton, IL 60187 | (5-1) Account Number (last 4 digits):1597<br>Final Distribution<br>(6-1) Attorney fees | 7100-900 | | 6,429.76 | 4,038.87 |
| 10/23/17 | 030013 | Susan Michaels<br>c/o Christoph J. Agrella, Esq.<br>330 East Main Street<br>Suite 205<br>Barrington, IL 60010-3203 | Final Distribution | 4120-000 | | 4,038.87 | 0.00 |
| * 11/20/17 | 030004 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 606004 | Deferred Filing Fee<br>Adversary Case 17-37217 | 2700-003 | | -350.00 | 350.00 |
| 11/20/17 | 030014 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 606004 | Deferred Filing Fee<br>Adversary No. 17-37217 | 2700-000 | | 350.00 | 0.00 |

|  | COLUMN TOTALS | 24,500.00 | 24,500.00 | 0.00 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 24,500.00 | 24,500.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 24,500.00 | 24,500.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********7954 | 24,500.00 | 24,500.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 24,500.00 | 24,500.00 | 0.00 |

Page Subtotals        0.00        10,468.63

Ver: 20.00f

LFORM24

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-37217 -JSB |
| Case Name: | SPRANGER, KARI AN |
| Taxpayer ID No: | *******4357 |
| For Period Ending: | 12/20/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7954  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ (Excludes Account Transfers) | ============ (Excludes Payments To Debtors) | ============ Total Funds On Hand |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 20.00f

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)